UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 15-20723
Hon. Matthew F. Leitman

vs.

D5, KAMANI JACOBS,

    Defendant.

_____/

## EX PARTE ORDER PERMITTING LAPTOP OR OTHER COMPUTER DISC PLAYER TO BE TAKEN INTO MILAN DETENTION CENTER

**IT IS HEREBY ORDERED** that Steven Scharg, attorney for Kamani Jacobs #54452-039, be permitted to take a laptop computer, a computer disc player, or other such device which Mr. Scharg can use to play discs containing discovery only, in this matter, with and for Kamani Jacobs, into the Milan Detention Center.

                                      /s/Matthew F. Leitman
                                      MATTHEW F. LEITMAN
                                      UNITED STATES DISTRICT JUDGE

Dated:  June 28, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 28, 2016, by electronic means and/or ordinary mail.

                                      s/Holly A. Monda
                                      Case Manager
                                      (313) 234-5113