UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

Case No. 15-cr-20723
Hon. Matthew F. Leitman

v.

D5, KAMANI JACOBS,

      Defendant.

_____/

## ORDER DENYING DEFENDANT KAMANI JACOBS' MOTION TO VACATE DETENTION ORDER DUE TO CHANGE OF CIRCUMSTANCES (ECF #108)

On August 22, 2016, counsel for Defendant Kamani Jacobs filed a Motion to Vacate Detention Order Due to Change of Circumstances (the "Motion"). (*See* ECF #108.) The Court held a hearing on the Motion on September 22, 2016. For the reasons stated on the record at the September 22, 2016, hearing, **IT IS HEREBY ORDERED** that the Motion (ECF #108) is **DENIED**.

                                                s/Matthew F. Leitman
                                                MATTHEW F. LEITMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: September 23, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 23, 2016, by electronic means and/or ordinary mail.

                                          s/Holly A. Monda
                                          Case Manager
                                          (313) 234-5113